# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR16** |
| vs. | ) | |
| | ) | **ORDER** |
| **LUCAS J. LACY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the defendant's Motion to Continue Trial [18]. The defendant requests a 30-day continuance to conduct plea negotiations. The defendant was previously given an approximately 40-day continuance of the original March 25, 2008 trial date for this reason, and the court finds that the defendant has not shown good cause for a further continuance.

    IT THEREFORE IS ORDERED that the Motion to Continue Trial [18] is denied. Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within ten (10) business days.

    **DATED April 23, 2008.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**