**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                          )<br>               Plaintiff,                   )<br>                                                          )<br>     vs.                                            )<br>                                                          )<br>LUCAS LACY,                              )<br>                                                          )<br>               Defendant.               ) | 8:08CR16<br><br>ORDER |

     This matter is before the court on the defendant's motion [30] for an additional 60-day continuance of the trial date so that he can locate an expert witness.  The defendant was already granted a 60-day continuance for that reason.  The court finds that a final continuance to October 7, 2008 should be granted.

     **IT IS ORDERED** that the motion [30] is granted, in part, as follows:

     1.     The trial of this matter is continued to **Tuesday, October 7, 2008** at 9:00 a.m. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Judge Smith Camp will meet with counsel in chambers at **8:30 a.m.** on the first day of trial.  **This is a final continuance**.

     2.     In accordance with [18 U.S.C. § 3161](h)(8)(A), the court finds that the ends of justice will be served by granting a continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **September 2, 2008 and October 7, 2008**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     3.     Defendant shall file an affidavit or declaration regarding speedy trial, as required by [NECrimR 12.1 and/or 12.3](), no later than August 20, 2008.

     **DATED August 6, 2008.**

                                                   **BY THE COURT:**

                                                 s/ F.A. Gossett
                                               **United States Magistrate Judge**