## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:08CR16** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **LUCAS LACY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion to continue trial, to file discovery motions, and to file a motion to suppress [35].

This case was originally scheduled to be tried last May.  The defendant then decided to retain new counsel, who has already obtained several continuances.  The court finds that the defendant has not shown good cause for a further continuance.

**IT IS ORDERED** that defendant's Motion[35] is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" within five (5) business days.

**DATED September 18, 2008.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge