IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:08CR16 |
| vs. | ORDER |
| LUCAS J. LACY, | |
| Defendant. | |

Defendant Lucas J. Lacy appeared before the court on Thursday, October 19, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [145]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 14, 2017 at 10:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [151].

Dated this 19th day of October, 2017.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge